**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2455**

———————————

CAROLYN B. SANTANA,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(CA-00-1110-24RB)

———————————

Submitted:  April 15, 2002          Decided:  April 29, 2002

———————————

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Harriet McBryde Johnson, Charleston, South Carolina; Ronald
Jebaily, JEBAILY GLASS & MEACHAM, Florence, South Carolina, for
Appellant.  Robert D. McCallum, Jr., Assistant Attorney General, J.
Strom Thurmond, United States Attorney, James D. McCoy, III,
Assistant United States Attorney, Deana R. Ertl-Lombardi, Regional
Chief Counsel, Teresa H. Abbott, Assistant Regional Counsel, SOCIAL
SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carolyn Santana appeals the district court's order that, based upon a report and recommendation of a magistrate judge, upheld the Administrative Law Judges's denial of her claim for Supplemental Security Income benefits and for a period of disability and disability insurance benefits.

We must uphold the decision to deny disability benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C.A. § 405(g) (West Supp. 2001); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and magistrate judge. Santana v. Barnhart, No. CA-00-1110-24RB (D.S.C. Oct. 3, 2001).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2